UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>                Defendant. | Case No. 08 cv 3532 (NRB) (THK)<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ingersoll-Rand Company ("Ingersoll Rand") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1) The ultimate parent corporation of Ingersoll Rand is Ingersoll-Rand Company Ltd.

2) No publicly held company owns 10% or more of the shares of Ingersoll-Rand Company Ltd.

Dated: April 10, 2008

                                              Respectfully submitted,

                                              McCarter & English LLP

                                              By: *Sherilyn Pastor*
                                              Sherilyn Pastor (SP4839)

                                              245 Park Avenue, 27th Floor
                                              New York, New York 10167
                                              (212) 609-6800 (ph)
                                              (212) 609-6921 (fax)
                                              Attorneys for Plaintiff