JUDGE BUCHWALD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

INGERSOLL-RAND COMPANY,

V.

CNA INSURANCE COMPANY AS SUCCESSOR TO CONTINENTAL CASUALTY CO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   

TO: (Name and address of Defendant)

CNA Insurance Company as Successor to
Continental Casualty Company
c/o Office of General Counsel in the New York City Office of the
New York State Insurance Department
25 Beaver Street
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven H. Weisman, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
(212) 609-6800
(212) 609-6921 (fax)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 1 1 2008

CLERK            DATE

(By) DEPUTY CLERK

⟲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4-11-08 3:35PM |
| NAME OF SERVER (PRINT)  JANICE QUADARA | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: NY STATE DEPT OF INSURANCE c/o CNA + CONTINENTAL CASUALTY COMPANY, 25 BEAVER STREET 4th Fl, NEW YORK, NY. 10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MICHELLE BIRNBAUM

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/2008            *Janice Quadara*
            Date                        Signature of Server

245 PARK AVE NEW YORK N.Y. 10016 27th Fl
Address of Server

*Thomas M. Smith*
Thomas M. Smith
Notary Public State of New York
No. 02SM6057422
Qualified in New York County
Commission Expires April 16th 2021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.