UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY

                Plaintiff,

v.

CNA INSURANCE COMPANY, AS
SUCESSOR TO CONTINENTAL
CASUALTY COMPANY,

                Defendant.
------------------------------------------------------------X

Civil Action No.:
08 Civ. 3532 (NRB)

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant Continental Casualty Company (sued herein as CNA Insurance Company, as successor to Continental Casualty Company).

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         April 29, 2008

                                  FORD MARRIN ESPOSITO WITMEYER
                                                & GLESER, L.L.P.

                                  By: _____
                                        Alfred L. D'Isernia (AD 9700)

                                  Wall Street Plaza
                                  New York, New York 10005-1875
                                  Tel.:  (212) 269-4900
                                  Fax:  (212) 344-4294
                                  *Attorneys for defendant Continental*
                                  *Casualty Company*

165288.1