UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY

        Plaintiff,

v.

CNA INSURANCE COMPANY, AS
SUCESSOR TO CONTINENTAL
CASUALTY COMPANY,

        Defendant.
------------------------------------------------------------X

Civil Action No.:
08 Civ. 3532 (NRB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the time within which defendant Continental Casualty Company may respond to the Complaint in this action is hereby extended up to and including June 1, 2008.

Dated: April 30, 2008

MCCARTER & ENGLISH, L.L.P.

By: _____
Steven H. Weisman (SW2408)
245 Park Avenue, 27th Floor
New York, New York 10167
(212) 609-6800
*Attorneys for Plaintiff
Ingersoll-Rand Company*

Dated: April 29, 2008

FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.

By: _____
Edward M. Pinter (EP5869)
Wall Street Plaza, 23rd Floor
New York, New York 10005
(212) 269-4900
*Attorneys for Defendant
Continental Casualty Company*

It is So Ordered this ___ day of ____, 2008:

_____
U.S.D.J.

165268v1