## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INGERSOLL-RAND COMPANY, | : | Case No. 08 Civ. 3532 (NRB) (THK) |
| Plaintiff, | : | |
| v. | : | |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Steven H. Weisman of McCarter & English, LLP as

counsel on behalf of plaintiff Ingersoll-Rand Company in the above-captioned case.

**McCARTER & ENGLISH, LLP**

By:

Steven H. Weisman (SW 2408)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444 (ph)
(973) 624-7070 (fax)
sweisman@mccarter.com

Attorneys for Plaintiff
Ingersoll-Rand Company

Dated:  May 1, 2008

MEI 7329402v.1