UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | Case No. 08-CV-3532 (NRB) (THK) |
| Plaintiff, | |
| v. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven H. Weisman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070

Anthony Bartell is a member in good standing of the Bar of the State of New Jersey; the United States District Court for the District of New Jersey; and the Third Circuit Court of Appeals.

ME1 7176556v.1

There are no pending disciplinary proceeding against Anthony Bartell in any State or Federal court.

Dated: May 1, 2008

Newark, New Jersey

                                          Respectfully submitted,

                                          Steven H. Weisman (SW2408)
                                          McCarter & English, LLP
                                          Four Gateway Center
                                          100 Mulberry Street
                                          Newark, New Jersey 07102
                                          ph: 973-848-5332
                                          fax: 973-624-7070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>         Defendant. | Case No. 08-CV-3532 (NRB) (THK)<br><br>**AFFIDAVIT OF STEVEN H. WEISMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW JERSEY )
           ) ss:
COUNTY OF ESSEX  )

Steven H. Weisman, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of McCarter & English, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Anthony Bartell as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on April 5, 1995. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Anthony Bartell since 1999.

4. Anthony Bartell is a partner in the law firm of McCarter & English, LLP in Newark, New Jersey.

ME1 7176611v.1

5.  Anthony Bartell is a member in good standing in the Bars of: (1) the State of New Jersey; (2) the United States District Court for the District of New Jersey; and (3) the Third Circuit Court of Appeals.  Attached hereto as Exhibit A are certificates of good standing for Mr. Bartell from the aforementioned jurisdictions.

6.  I have found Mr. Bartell to be a skilled attorney and person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7.  Accordingly, I am pleased to move the admission of Anthony Bartell, *pro hac vice*.

8.  I respectfully submit a proposed Order granting the admission of Anthony Bartell, *pro hac vice*, which is attached hereto as Exhibit B.

**WHEREFORE** it is respectfully requested that the motion to admit Anthony Bartell *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 1, 2008

Newark, New Jersey

Respectfully submitted,

Steven H. Weisman (SW2408)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973- 848-5332
fax: 973-624-7070

Sworn and subscribed
to me this 1st day of May, 2008

Notary Public

ROSEANNE I. GLASER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/25/2009

ME1 7176611v.1

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ANTHONY BARTELL** (No. **041351986**) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **22ND** day of **April**, 20 **08**

*[signature]*
Clerk of the Supreme Court

-453a-

# 𝔊𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢 𝔬𝔣 𝔊𝔬𝔬𝔡 𝔖𝔱𝔞𝔫𝔡𝔦𝔫𝔤



## United States of America

## District of New Jersey

I, **WILLIAM T. WALSH**, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Anthony Bartell

was duly admitted to practice in said Court as of December 22, 1986, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: April 21, 2008

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Anthony Bartell** was admitted to practice before this Court as an attorney and counselor on **February 24, 1988** that he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 18th day of April 2008.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: _____
Patricia S. Dodszuweit
Chief Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | : Case No. 08-CV-3532 (NRB) (THK) |
| Plaintiff, | : |
| v. | : **AFFIDAVIT OF SERVICE** |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | : |
| Defendant. | : |

STATE OF NEW JERSEY  )
                                         ) ss:
COUNTY OF ESSEX        )

    The undersigned, being duly sworn, deposes and says that he is over the age of 18 years, and is not a party to this action.

    That on the 1st day of May, 2008, he served the within Notice of Motion for Admission of Counsel *Pro Hac Vice*; Affidavit of Steven H. Weisman In Support of Motion To Admit Counsel *Pro Hac Vice* (with exhibits including a proposed form of Order); and this Affidavit of Service, via overnight mail upon:

    Lindsay S. Hamilton, Esq.
    Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
    Wall Street Plaza, 23rd Floor
    New York, New York  10005-1875

the addresses having been designated for that purpose by said attorneys, by depositing true copies of same, securely enclosed in a postpaid properly addressed wrapper, designated by the overnight mail service.

                                                                               Steven H. Weisman

Sworn and subscribed to before me this
1st day of May, 2008.

_____
Notary Public

ME1 7176585v.1

ROSEANNE T. GLASER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/25/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | Case No. 08-CV-3532 (NRB) (THK)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Steven H. Weisman, attorney for Plaintiff Ingersoll-Rand Company ("Ingersoll Rand") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070

is admitted to practice *pro hac vice* as counsel for Ingersoll Rand in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May ____, 2008

_____
Naomi Reice Buchwald, U.S.D.J.

ME1 7176648v.1