UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>        Defendant. | Case No. 08-CV-3532 (NRB) (THK)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Steven H. Weisman, attorney for Plaintiff Ingersoll-Rand Company ("Ingersoll Rand") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070

is admitted to practice *pro hac vice* as counsel for Ingersoll Rand in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May 7, 2008

                    Naomi Reice Buchwald, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/8/08]

ME1 7176648v.1