UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :
INGERSOLL-RAND COMPANY                        :
                                              :     Civil Number: 08-Civ-3532 (NRB)
            Plaintiff,                        :
      v.                                      :     **RULE 7.1 STATMENT**
                                              :
CNA INSURANCE COMPANY, AS                     :
SUCESSOR TO CONTINENTAL                       :
CASUALTY COMPANY,                             :
                                              :
            Defendant.                        :
                                              :
------------------------------------------------------X

Defendant, Continental Casualty Company ("CCC") sued herein as CNA Insurance Company, as successor to Continental Casualty Company, by its attorneys, FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, certifies that CNA Financial Corporation is the holding company for CCC. Loews Corporation owns more than 10% of CNA Financial Corporation's stock.

Dated: New York, New York
       June 2, 2008

                                    FORD MARRIN ESPOSITO WITMEYER
                                    & GLESER, L.L.P.


                                    By: _____
                                        Edward M. Pinter (EP 5869)
                                        Alfred L. D'Isernia (AD 9700)

                                    Wall Street Plaza
                                    New York, New York 10005-1875
                                    Tel.: (212) 269-4900
                                    Fax: (212) 344-4294

165803.1

*Attorneys for defendant Continental Casualty Company*

165803.1