**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
WALL STREET PLAZA
NEW YORK, N.Y. 10005-1875
212-269-4900
TELECOPIER 212-344-4294

JAMES M. ADRIAN
MICHAEL L. ANANIA
DAVID A. BERE
CHARLES A. BOOTH
CUSHING O. CONDON
JOSEPH D'AMBROSIO
ELIZABETH M. DECRISTOFARO
THOMAS R. ESPOSITO
WILLIAM P. FORD
STUART C. LEVENE
EDWARD M. PINTER
MICHAEL J. TRICARICO
JOHN J. WITMEYER III

RICHARD B. MARRIN
OF COUNSEL

ALFRED L. D'ISERNIA
COUNSEL

VICTOR G. GLESER
1979-1992

RICHARD J. AHN
REBECCA S. AUERBACH
ROBERT G. BECK
PATRICK J. BERNAL
MATTHEW C. FERLAZZO
SETH B. GOLDBERG
JON R. GRABOWSKI
LINDSAY S. HAMILTON
NICHOLE M. HINMAN
ANDREW I. MANDELBAUM
JOHN C. MARLER
MATTHEW G. MCCANN
ANTHONY PRESTA
SHAYNE W. SPENCER
DOUGLAS J. STONKE
ADRIAN M. SZENDEL
DANIEL E. VENISH

546 VALLEY ROAD
UPPER MONTCLAIR, N.J. 07043
973-744-3700
TELECOPIER 973-509-1885



June 10, 2008

VIA FACSIMILE (212) 805-7927
Hon. Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

Re: *Ingersoll-Rand Co. v. CNA Ins. Co.*
Civil Action No.: 08 Civ. 3532 (NRB)

Your Honor:

We represent Continental Casualty Company ("Continental") (sued herein as CNA Ins. Co. as successor to Continental) in the above action and jointly write with plaintiff, Ingersoll-Rand Co. ("Ingersoll Rand") to request an adjournment of the July 2, 2008 Initial Pretrial Conference before Your Honor. Yesterday, Continental filed a Third-Party Complaint with the Court (ECF Docket No. 12). Consequently, both Continental and Ingersoll Rand seek an adjournment of the Initial Pretrial Conference in order to allow the named Third-Party Defendants to appear and participate therein. This constitutes the first request for an adjournment of the Initial Pretrial Conference.

Thank you for your consideration to this matter

Respectfully submitted,

Alfred L. D'Isernia

Encl.
cc: Anthony Bartell, Esq.

*[Handwritten endorsement:] The July 2, 2008 conference is adjourned. Counsel shall promptly inform the court when the Third-Party Complaint is served so that an adjourned date for the conference shall be set. So ordered.*

*Naomi Reice Buchwald*
*6/10/08*