UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

INGERSOLL-RAND COMPANY,

                Plaintiff(s),            CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).      **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X

AND A THIRD PARTY ACTION
--------------------------------------------------------X

STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon AIU Insurance Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth Floor,
New York, New York by personally delivering and leaving the same with Stephanie Zurkitch,
who is authorized by appointment to accept service. A statutory Fee of $40.00 was tendered at
that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

                                   _____
                                   JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                      Plaintiff(s),                     CASE NO. 08 CIV. 3532 (NRB)

      -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                      Defendant(s).             **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK     )
                         : S.S.
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Allianz Underwriters Insurance Company c/o Superintendent of Insurance at 25 Beaver
Street, Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

       Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

                                       JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                                   Plaintiff(s),                CASE NO. 08 CIV. 3532 (NRB)

        -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                                   Defendant(s).                **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK        )
                                        : S.S.
COUNTY OF NEW YORK    )


        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

        That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Allstate Insurance Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth
Floor, New York, New York by personally delivering and leaving the same with Stephanie
Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of $40.00 was
tendered at that time.

        Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this

23rd day of June, 2008                                    _____
                                                              JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified In Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                          Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

        -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                          Defendant(s).             **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK        )
                         : S.S.
COUNTY OF NEW YORK       )


        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

        That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon American Centennial Insurance Company c/o Superintendent of Insurance at 25 Beaver
Street, Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

         Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this                          _Josep Sanhz_____
23rd day of June, 2008                           JOSEPH SANCHEZ #1155200


_____
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),                  CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                  Defendant(s).       ·    **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK     )
                         : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon American Empire Surplus Lines Insurance Company c/o Superintendent of
Insurance at 25 Beaver Street, Fourth Floor, New York, New York by personally delivering and
leaving the same with Stephanie Zurkitch, who is authorized by appointment to accept service.
A statutory Fee of $40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                         Plaintiff(s),                    CASE NO. 08 CIV. 3532 (NRB)

       -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                         Defendant(s).                   **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK        )
                         : S.S.
COUNTY OF NEW YORK       )


       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

       That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon America Home Assurance Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

       Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008
                                                 JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),               CASE NO. 08 CIV. 3532 (NRB)

    -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).         **AFFIDAVIT OF SERVICE**
------------------------------------------------------X
AND A THIRD PARTY ACTION
------------------------------------------------------X
STATE OF NEW YORK    )
                   : S.S.
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon AXA Belgium SA c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this                                          
23rd day of June, 2008                        JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),             CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                    Defendant(s).         **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Birmingham Fire Insurance Company, Inc. n/k/a AIG Casualty Company c/o
Superintendent of Insurance at 25 Beaver Street, Fourth Floor, New York, New York by
personally delivering and leaving the same with Stephanie Zurkitch, who is authorized by
appointment to accept service.  A statutory Fee of $40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

INGERSOLL-RAND COMPANY,

                  Plaintiff(s),             CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                 Defendant(s).       **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X

STATE OF NEW YORK    )
                       : S.S.

COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Century Indemnity Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth
Floor, New York, New York by personally delivering and leaving the same with Stephanie
Zurkitch, who is authorized by appointment to accept service. A statutory Fee of $40.00 was
tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008              JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                          Plaintiff(s),                    CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                         Defendant(s).           **AFFIDAVIT OF SERVICE**

-------------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------------X
STATE OF NEW YORK     )
                            : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon Central National Insurance Company of Omaha c/o Superintendent of
Insurance at 25 Beaver Street, Fourth Floor, New York, New York by personally delivering and
leaving the same with Stephanie Zurkitch, who is authorized by appointment to accept service.
A statutory Fee of $40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

                                     JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                              Plaintiff(s),                    CASE NO. 08 CIV. 3532 (NRB)

        -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                              Defendant(s).                   **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK       )
                        : S.S.
COUNTY OF NEW YORK      )


        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

        That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Employers Insurance of Wausau c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

        Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this                          _Joseph Sanchez_
23rd day of June, 2008                          JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                        Plaintiff(s),                        CASE NO. 08 CIV. 3532 (NRB)

      -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                        Defendant(s).          **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK     )
                          : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Everest Reinsurance Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth
Floor, New York, New York by personally delivering and leaving the same with Stephanie
Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of $40.00 was
tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

                                 _____
                                 JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                              Plaintiff(s),                    CASE NO. 08 CIV. 3532 (NRB)

          -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                              Defendant(s).                   **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
AND A THIRD PARTY ACTION
-----------------------------------------------------------X
STATE OF NEW YORK          )
                           : S.S.
COUNTY OF NEW YORK         )


        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

        That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Federal Insurance Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth
Floor, New York, New York by personally delivering and leaving the same with Stephanie
Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of $40.00 was
tendered at that time.

        Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008                          _____
                                                JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                 Defendant(s).        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK     )
                         : S.S.
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Fireman's Fund Insurance Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008                               _____
                                              JOSEPH SANCHEZ #1155200
_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                     Plaintiff(s),             CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                     Defendant(s).         **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
AND A THIRD PARTY ACTION
------------------------------------------------------------X
STATE OF NEW YORK     )
                           : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon First State Insurance Company c/o Superintendent of Insurance at 25
Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same
with Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____        JOSEPH SANCHEZ #1155200
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

     -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                  Defendant(s).        **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon Fremont Indemnity Company f/k/a Industrial Indemnity Company c/o
Superintendent of Insurance at 25 Beaver Street, Fourth Floor, New York, New York by
personally delivering and leaving the same with Stephanie Zurkitch, who is authorized by
appointment to accept service.  A statutory Fee of $40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

                                  _____
                                  JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                        Plaintiff(s),                 CASE NO. 08 CIV. 3532 (NRB)

      -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                        Defendant(s).         **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK      )
                        : S.S.
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon General Reinsurance Corporation c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

                       _____
                       JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),           CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).        **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
AND A THIRD PARTY ACTION
-----------------------------------------------------------X
STATE OF NEW YORK    )
                        : S.S.
COUNTY OF NEW YORK  )


      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Granite State Insurance Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008

_____

JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),             CASE NO. 08 CIV. 3532 (NRB)

    -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK   )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Hartford Accident & Indemnity Company c/o Superintendent of Insurance at 25 Beaver
Street, Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this                                                        
23rd day of June, 2008                            JOSEPH SANCHEZ #1155200

JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),                  CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                    Defendant(s).        **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
AND A THIRD PARTY ACTION
-----------------------------------------------------------X
STATE OF NEW YORK      )
                          : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Insurance Company of North America c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____

JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

                                     JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),                CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).           **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK    )
                        : S.S.
COUNTY OF NEW YORK   )

       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

       That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Insurance Company of the State of Pennsylvania c/o Superintendent of Insurance at 25
Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same
with Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

        Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

                                  JOSEPH SANCHEZ #1155200

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                    Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                   Defendant(s).       **AFFIDAVIT OF SERVICE**
----------------------------------------------------------X
AND A THIRD PARTY ACTION
----------------------------------------------------------X
STATE OF NEW YORK     )
                          : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Interstate Fire & Casualty Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008

_____

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

               Plaintiff(s),           CASE NO. 08 CIV. 3532 (NRB)

     -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

               Defendant(s).      **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon Lexington Insurance Company c/o Superintendent of Insurance at 25
Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same
with Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

               Plaintiff(s),           CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

               Defendant(s).        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK   )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon Liberty Mutual Insurance Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                  Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                  Defendant(s).        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK    )
                        : S.S.
COUNTY OF NEW YORK    )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

    That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon Mt. McKinley Insurance Company c/o Superintendent of Insurance at 25
Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same
with Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

    Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____             _____
JOHN J. WALKER                      JOSEPH SANCHEZ #1155200
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

    -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).         **AFFIDAVIT OF SERVICE**

-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served two (2)
true copies of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER
SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY
COMPLAINT** upon National Fire & Marine Insurance Company c/o Superintendent of
Insurance at 25 Beaver Street, Fourth Floor, New York, New York by personally delivering and
leaving the same with Stephanie Zurkitch, who is authorized by appointment to accept service.
A statutory Fee of $40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____       _____
                                  JOSEPH SANCHEZ #1155200
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                              Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

         -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,
                              Defendant(s).             **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK          )
                           : S.S.
COUNTY OF NEW YORK         )


         JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
         That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon National Union Fire Company of Pittsburgh, PA c/o Superintendent of Insurance at 25
Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same
with Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.
         Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008                                   _____
                                                        JOSEPH SANCHEZ #1155200
_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),               CASE NO. 08 CIV. 3532 (NRB)

      -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).        **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK    )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon North Star Reinsurance Corporation c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this                     _Joseph Sanchez_
23rd day of June, 2008                   JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                 Plaintiff(s),           CASE NO. 08 CIV. 3532 (NRB)

     -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

               Defendant(s).      **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
AND A THIRD PARTY ACTION
-----------------------------------------------------------X
STATE OF NEW YORK    )
                         : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon OneBeacon America Insurance Company c/o Superintendent of Insurance at 25 Beaver
Street, Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of
$40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008                          JOSEPH SANCHEZ #1155200

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                              Plaintiff(s),                CASE NO. 08 CIV. 3532 (NRB)

         -against-


CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                              Defendant(s).               **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
AND A THIRD PARTY ACTION
-------------------------------------------------------X
STATE OF NEW YORK        )
                         : S.S.
COUNTY OF NEW YORK       )


       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

       That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true
copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT**
upon The Republic Insurance Company c/o Superintendent of Insurance at 25 Beaver Street,
Fourth Floor, New York, New York by personally delivering and leaving the same with
Stephanie Zurkitch, who is authorized by appointment to accept service.  A statutory Fee of
$40.00 was tendered at that time.

        Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5
feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light
brown hair and light eyes.


Sworn to before me this
23rd day of June, 2008                          _____
                                                JOSEPH SANCHEZ #1155200
_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010