UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

   -against-

CNA INSURANCE COMPANY, as Successor to
Continental Casualty Company,

                Defendant(s).           **AFFIDAVIT OF SERVICE**
----------------------------------------------------------X
AND A THIRD PARTY ACTION
----------------------------------------------------------X
STATE OF NEW YORK    )
                                  : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 2:55 p.m., deponent served a true copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT** upon Integrity Insurance Company via the Department of Liquidation at 123 William Street, 2nd Floor, New York, New York by personally delivering and leaving the same with Clara DelToro, Manager, who is authorized by appointment to accept service.

      Clara DelToro is a white female, approximately 50-55 years of age, was seated at the time of service, weighs approximately 170 pounds, with long blonde and black hair and was wearing glasses.

Sworn to before me this
11th day of June, 2008                                        CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
**Commission expires February 3, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                     Plaintiff(s),              CASE NO. 08 CIV. 3532 (NRB)

   -against-

CNA INSURANCE COMPANY, as Successor to
Continental Casualty Company,

                     Defendant(s).              **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
AND A THIRD PARTY ACTION
--------------------------------------------------------X
STATE OF NEW YORK    )
                              : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 2:55 p.m., deponent served a true copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT** upon Transit Casualty Company via the Department of Liquidation at 123 William Street, 2nd Floor, New York, New York by personally delivering and leaving the same with Clara DelToro, Manager, who is authorized by appointment to accept service.

      Clara DelToro is a white female, approximately 50-55 years of age, was seated at the time of service, weighs approximately 170 pounds, with long blonde and black hair and was wearing glasses.

Sworn to before me this
11th day of June, 2008                             CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),                  CASE NO. 08 CIV. 3532 (NRB)

   -against-

CNA INSURANCE COMPANY, as Successor to
Continental Casualty Company,

                Defendant(s).              **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
AND A THIRD PARTY ACTION
------------------------------------------------------------X
STATE OF NEW YORK    )
                                : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 2:55 p.m., deponent served a true copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT** upon Western Employers Insurance Company via the Department of Liquidation at 123 William Street, 2nd Floor, New York, New York by personally delivering and leaving the same with Clara DelToro, Manager, who is authorized by appointment to accept service.

      Clara DelToro is a white female, approximately 50-55 years of age, was seated at the time of service, weighs approximately 170 pounds, with long blonde and black hair and was wearing glasses.

Sworn to before me this
11th day of June, 2008                             CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**