UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,                                :
                                                       :
                       Plaintiff,                      :     Civil Action No.:
                                                       :     08 Civ. 3532 (NRB)
           v.                                          :
                                                       :
CNA INSURANCE COMPANY, AS                              :
SUCCESSOR TO CONTINENTAL                               :     **NOTICE OF APPEARANCE**
CASUALTY COMPANY,                                      :
                                                       :
                       Defendant.                      :
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,                          :
                                                       :
                       Third-Party Plaintiff,          :
                                                       :
           v.                                          :
                                                       :
AIU INSURANCE COMPANY, et al.,                         :
                                                       :
                       Third-Party Defendants.         :
------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

       Enter my appearance as counsel in this case for third-party defendants General Reinsurance Corporation and North Star Reinsurance Corporation.

       I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 3, 2008

                By: _____
                      Michael J. Balch (MB 8827)
                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                      Four Times Square
                      New York, New York 10036
                      Tel.:  (212) 735-2208
                      Fax:  (917) 777-2208
                      *Attorneys for Third-Party Defendants*
                      *General Reinsurance Corporation and*
                      *North Star Reinsurance Corporation*