UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,                    :
                                           :
                          Plaintiff,       :        Civil Action No.:
                                           :        08 Civ. 3532 (NRB)
            v.                             :
                                           :
CNA INSURANCE COMPANY, AS                  :
SUCCESSOR TO CONTINENTAL                   :        **RULE 7.1**
CASUALTY COMPANY,                          :        **CORPORATE DISCLOSURE**
                                           :        **STATEMENT**_____
                          Defendant.       :
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,              :
                                           :
                  Third-Party Plaintiff,   :
                                           :
            v.                             :
                                           :
AIU INSURANCE COMPANY, et al.,             :
                                           :
                  Third-Party Defendants.  :
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants General

Reinsurance Corporation and North Star Reinsurance Corporation state that they are wholly-

owned subsidiaries of Berkshire Hathaway, Inc., a publicly-traded company, whose stock is

traded on the NYSE (as "BRK").

Dated: New York, New York
       July 3, 2008

                                By:    _____
                                       Michael J. Balch (MB 8827)
                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                       Four Times Square
                                       New York, New York 10036
                                       Tel.:   (212) 735-2208
                                       Fax:    (917) 777-2208
                                       *Attorneys for Third-Party Defendants*
                                       *General Reinsurance Corporation and*
                                       *North Star Reinsurance Corporation*