UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,                           :
                                                  :
                Plaintiff,                        :   Civil Action No.:
                                                  :   08 Civ. 3532 (NRB)
        v.                                        :
                                                  :
CNA INSURANCE COMPANY, AS                         :
SUCCESSOR TO CONTINENTAL                          :   RULE 7.1
CASUALTY COMPANY,                                 :   CORPORATE DISCLOSURE
                                                  :   STATEMENT
                Defendant.                        :
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,                     :
                                                  :
                Third-Party Plaintiff,            :
                                                  :
        v.                                        :
                                                  :
AIU INSURANCE COMPANY, et al.,                    :
                                                  :
                Third-Party Defendants.           :
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants General Reinsurance Corporation and North Star Reinsurance Corporation state that they are wholly-owned subsidiaries of Berkshire Hathaway, Inc., a publicly-traded company, whose stock is traded on the NYSE (as "BRK").

Dated: New York, New York
      July 3, 2008

                     By: _____/s/ MJB_____
                          Michael J. Balch (MB 8827)
                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                          Four Times Square
                          New York, New York 10036
                          Tel.: (212) 735-2208
                          Fax: (917) 777-2208
                          *Attorneys for Third-Party Defendants*
                          *General Reinsurance Corporation and*
                          *North Star Reinsurance Corporation*