UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY | : |
| Plaintiff, | : |
| -vs.- | : |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | : DOCKET NO.  08 Civ. 3532 (NRB) |
| Defendant. | : |
| CONTINENTAL CASUALTY COMPANY | : |
| Third-Party Plaintiff, | : |
| -vs.- | : |
| AIU INSURANCE COMPANY, et al. | : |
| Third-Party Defendants. | : |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Third-Party Defendants Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company) in the above-captioned matter.

　　/s/＿＿＿＿＿＿＿＿＿＿
Melissa F. Brill
COZEN & O'CONNOR
45 Broadway Atrium
Suite 1600
New York, NY  10006
(202) 908-1257

Attorneys for Defendants Everest Reinsurance Company and Mt. McKinley Insurance Company