ROPES & GRAY LLP
Adam I. Stein (AS6785)
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Attorneys for Third-Party Defendant
Liberty Mutual Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | |
| Plaintiff, | 08 Civ. 03532 (NRB) |
| -against- | The Honorable Naomi R. Buchwald |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | **NOTICE OF APPEARANCE** |
| Defendant. | |
| CONTINENTAL CASUALTY COMPANY | |
| Third-Party Plaintiff, | |
| v. | |
| AIU INSURANCE COMPANY, et al., | |
| Third-Party Defendants. | |

To the Clerk and All Parties of Record:

    Enter my appearance as counsel in this case for Liberty Mutual Insurance Company. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        July 8, 2008

11182970_1.DOC

ROPES & GRAY LLP


By: */s/ Adam Stein*
 Adam I. Stein (AS6785)
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Attorneys for Third-Party Defendant
Liberty Mutual Insurance Company