ROPES & GRAY LLP
Adam I. Stein (AS6785)
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Attorneys for Third-Party Defendant
Liberty Mutual Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>                Plaintiff,<br><br>-against-<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>                Defendant.<br><br>CONTINENTAL CASUALTY COMPANY<br><br>                Third-Party Plaintiff,<br><br>v.<br><br>AIU INSURANCE COMPANY, et al.,<br><br>                Third-Party Defendants. | 08 Civ. 03532 (NRB)<br><br>The Honorable Naomi R. Buchwald<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Liberty Mutual Group Inc. owns 100% of the stock of Third-Party Defendant Liberty Mutual Insurance Company.  LMHC Massachusetts Holdings Inc. owns

100% of the stock of Liberty Mutual Group Inc.  Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.  None of the above-named entities are publicly traded, nor does any publicly-traded entity own any stock of any of the above-named entities.

Dated:  New York, New York
   July 8, 2008

                ROPES & GRAY LLP

                By: */s/ Adam Stein*
                Adam I. Stein (AS6785)
                1211 Avenue of the Americas
                New York, NY 10036-8704
                (212) 596-9000

                Attorneys for Third-Party Defendant
                Liberty Mutual Insurance Company