Melissa Brill (MB 4374)
Cozen O'Connor
45 Broadway
New York, New York  10006
Phone:  (212) 509-9400
Facsimile:  (866) 825-3144

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INGERSOLL-RAND COMPANY | : |
| Plaintiff, | : |
| -vs.- | : |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | : **DOCKET NO. 08 Civ. 3532 (NRB)** |
| Defendant. | : |
| CONTINENTAL CASUALTY COMPANY | : |
| Third-Party Plaintiff, | : |
| -vs.- | : |
| AIU INSURANCE COMPANY, et al. | : |
| Third-Party Defendants. | : |

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company) certifies that Everest Reinsurance Company and Mt. McKinley Insurance Company have the following parent corporation(s) and publicly held corporation(s) that own(s) 10% or more of its stock: Everest

Reinsurance Holdings, Inc. (Delaware); ultimate parent is Everest Re Group, Ltd. (Bermuda).

Dated: July 8, 2008
      New York, New York

                                Respectfully submitted,

                                COZEN O'CONNOR

                    BY: _____
                                Melissa Brill (MB4374)
                                45 Broadway, 16th Floor
                                New York, New York  10006
                                Phone:  (212) 509-9400
                                Facsimile:  (866) 825-3144
                                *Attorneys for Defendants*
                                Everest Reinsurance Company (f/k/a
                                Prudential Reinsurance Company) and Mt.
                                McKinley Insurance Company (f/k/a
                                Gibraltar Casualty Company)

Case 1:08-cv-03532-NRB   Document 24   Filed 07/08/2008   Page 2 of 2