```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

    Plaintiff,

v.

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

    Defendant.

---

CONTINENTAL CASUALTY
COMPANY

    Third-Party Plaintiff,

v.

AIU INSURANCE COMPANY, et al.,

    Third-Party Defendants.

---

Case No.: 08 Civ. 03532 (NRB)

The Honorable Naomi R. Buchwald

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Third-Party Plaintiff Continental Casualty Company and for Third-Party Defendant Liberty Mutual Insurance Company that Third-Party Defendant Liberty Mutual Insurance Company's time to answer or otherwise respond to the third-party complaint in this action is extended to and including July 25, 2008.

Dated: July 3, 2008
       New York, New York

11169374_1.DOC

FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.

By: _____
Alfred IV D'Isernia
Wall Street Plaza
New York, New York 10005-1875
(212) 269-4900

Attorney for Third-Party Plaintiff
Continental Casualty Company

ROPES & GRAY LLP

By: _____
Adam I. Stein
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000

Attorney for Third-Party Defendant
Liberty Mutual Insurance Company

SO ORDERED:

_____
The Honorable Naomi R Buchwald, U.S.D.J.

7/9/08

11169374_1.DOC

2