UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

INGERSOLL-RAND COMPANY

        Plaintiff,

-vs.-

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL CASUALTY
COMPANY,

        Defendant.

CONTINENTAL CASUALTY COMPANY
        Third-Party Plaintiff,

-vs.-

AIU INSURANCE COMPANY, et al.

        Third-Party Defendants.

DOCKET NO. 08 Civ. 3532 (NRB)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

**AGREED ORDER EXTENDING TIME FOR A RESPONSIVE PLEADING**

Defendant and Third-Party Plaintiff, Continental Casualty Company, and the Everest/McKinley Defendants listed in footnote 1, below[1] (collectively, "the Parties"), by and through their undersigned counsel, have agreed that the Everest/McKinley Defendants shall have until July 31, 2008 to answer or otherwise file a responsive pleading to Continental Casualty Company's Third-Party Complaint in this action.

                                                    */s/ Alfred L. D'Isernia*
                                                    Edward M. Pinter
                                                    Alfred L. D'Isernia
                                                    FORD MARRIN ESPOSITO WITMEYER &
                                                    GLESER, L.L.P.
                                                    Wall Street Plaza
                                                    New York, NY 1000

---

[1] "Everest/McKinley Defendants" refers to Defendants Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company).

(212) 269-4900

*[signature]*

Melissa F. Brill
COZEN & O'CONNOR
45 Broadway Atrium
Suite 1600
New York, NY 10006
(202) 908-1257

Attorneys for Defendants Everest Reinsurance Company and Mt. McKinley Insurance Company

SO ORDERED.

Dated this 9th day of July, 2008

*[signature]*

NAOMI REICE BUCHWALD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2