USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INGERSOLL-RAND COMPANY,

                                  Plaintiff,        Docket No. 08 Civ 3532 (NRB)

                                  STIPULATION EXTENDING
v.                                  TIME TO ANSWER

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CONTINENTAL CASUALTY COMPANY,

                                Third Party Plaintiff

v.

AIU INSURANCE COMPANY; ALLIANZ UNDERWRITERS
INC.; ALLSTATE INSURANCE COMPANY AS SUCCESSOR
TO NORTHBROOK INSURANCE COMPANY; NATIONAL
FIRE & MARINE INSURANCE COMPANY; ONEBEACON
AMERICA INSURANCE COMPANY; THE REPUBLIC INSURANCE
COMPANY, et al.,

                                Third Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED that the time for Third Party Defendants NATIONAL FIRE & MARINE INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and THE REPUBLIC INSURANCE COMPANY to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the third party complaint in this action, be and the same hereby is extended to and including the July 25, 2008.

Dated: July 8, 2008

                                            _____
                                            FORD, MARRIN, ESPOSITO, WITMEYER
                                              & GLESER, L.L.P.
                                              By: Alfred L. D'Isernia (AD9700)
                                              Attorneys for Third Party Plaintiffs

Wall Street Plaza
New York, NY 10005-1875
(212) 269-4900

_____
KEVIN G. SNOVER, ESQ. [0963]
Attorney for Third Party Defendants National
Fire & Marine Insurance Company; OneBeacon
America Insurance Company and The Republic
Insurance Company
816 Deer Park Avenue
North Babylon, NY 11703
(631) 422-2900

So Ordered.

_____
U.S.D.J.

7/9/08