UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,
                Plaintiff(s),         CASE NO. 08 CIV. 3532 (NRB)
   -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,
                Defendant(s).      **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
AND A THIRD PARTY ACTION
-----------------------------------------------------------X
STATE OF NEW YORK    )
                             : S.S.
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT** upon Twin City Insurance Company c/o Superintendent of Insurance at 25 Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same with Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of $40.00 was tendered at that time.

      Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

JOSEPH SANCHEZ #1155200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff(s),                CASE NO. 08 CIV. 3532 (NRB)

   -against-

CNA INSURANCE COMPANY, as Successor
to Continental Casualty Company,

                Defendant(s).          **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
AND A THIRD PARTY ACTION
------------------------------------------------------------X

STATE OF NEW YORK    )
                                  : S.S.
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

     That on the 16th day of June, 2008, at approximately 12:45 p.m., deponent served a true copy of the **THIRD-PARTY SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and THIRD-PARTY COMPLAINT** upon Underwriters at Lloyd's, London (Lloyd's London) c/o Superintendent of Insurance at 25 Beaver Street, Fourth Floor, New York, New York by personally delivering and leaving the same with Stephanie Zurkitch, who is authorized by appointment to accept service. A statutory Fee of $40.00 was tendered at that time.

     Stephanie Zurkitch is a white female, approximately 45 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 130 pounds, with medium length gray and light brown hair and light eyes.

Sworn to before me this
23rd day of June, 2008

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
JOSEPH SANCHEZ #1155200