UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Defendant.<br>CONTINENTAL CASUALTY COMPANY<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>AUI INSURANCE COMPANY, et al.<br><br>　　　　　Third-Party Defendants. | Docket No. 08-cv-3532 (NRB)<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

　　　Please take notice that Stefano Calogero, Esq. of Cuyler Burk, P.C., hereby enters his appearance as counsel of record for Third-Party Defendant Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company in the above captioned matter.

Dated: July 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Stefano Calogero*
　　　　　　　　　　　　　　　　　　　Stefano Calogero, Esq. (0611)
　　　　　　　　　　　　　　　　　　　Cuyler Burk, P.C.
　　　　　　　　　　　　　　　　　　　Parsippany Corporate Center
　　　　　　　　　　　　　　　　　　　Four Century Drive
　　　　　　　　　　　　　　　　　　　Parsippany, New Jersey 07054
　　　　　　　　　　　　　　　　　　　Telephone: (973) 734-3200
　　　　　　　　　　　　　　　　　　　Facsimile: (973) 734-3201

　　　　　　　　　　　　　　　　　　　Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company