**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
INGERSOLL-RAND COMPANY

                Plaintiff,

- against –

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

                Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY

                Third–Party Plaintiff,

- against –

AIU INSURANCE COMPANY;  et al.

                Third-Party Defendants.
--------------------------------------------------------X

Civil Action No.:
08 Civ. 3532 (NRB)

**CORPORATE DISCLOSURE STATEMENT**

**RULE 7.1 CORPORATE DISCLOSURE OF**
**DEFENDANT FEDERAL INSURANCE COMPANY**

      Defendant, Federal Insurance Company, files this Corporate Disclosure statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure, and certifies as follows:

      1.      Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company.

      2.      No publicly held corporation other than The Chubb Corporation directly or indirectly owns 10% or more of the stock of Federal Insurance Company.

2

        Respectfully submitted,

        COZEN O'CONNOR


By:   /s/ Jacob C. Cohn_____
      Jacob C. Cohn
      1900 Market Street
      Philadelphia, PA 19103
      (215) 665-2147
      Attorney for Defendant, Federal Insurance
      Company