**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
INGERSOLL-RAND COMPANY

       Plaintiff,

- against –

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

       Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY

       Third–Party Plaintiff,

- against –

AIU INSURANCE COMPANY;  et al.

       Third-Party Defendants.
---------------------------------------------------------X

Civil Action No.:
08 Civ. 3532 (NRB)

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter the appearance of Jacob C. Cohn on behalf of Defendant, Federal Insurance Company, with regard to the above-referenced matter.

        Respectfully submitted,

        COZEN O'CONNOR

    By:  /s/ Jacob C. Cohn
        Jacob C. Cohn
        1900 Market Street
        Philadelphia, PA 19103
        (215) 665-2147
        Attorney for Defendant