```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                Plaintiff,

    v.

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

        Defendant/Third-Party Plaintiff,

    v.

AIU INSURANCE COMPANY, et al.,

        Third-Party Defendants.
-------------------------------------------------------------X

Civil Action No.:
08 Civ. 3532 (NRB)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the time within which third-party defendants General Reinsurance Corporation and North Star Reinsurance Corporation may respond to the Third-Party Complaint in this action is hereby extended up to and including July 31, 2008.

Dated: July 3, 2008

FORD, MARRIN, ESPOSITO,
WITMEYER & GLESER, LLP

By: _____
Alfred J. D'Isernia (AD 9700)
Wall Street Plaza, 23rd Floor
New York, NY 10005
(212) 269-4900
*Attorneys for Third-Party Plaintiff
Continental Casualty Company*

Dated: July 3, 2008

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
Michael J. Balch (MB 8827)
Four Times Square
New York, NY 10036
(212) 735-2208
*Attorneys for Third-Party Defendants
General Reinsurance Corp. and
North Star Reinsurance Corp.*

It is So Ordered this 14th day of July, 2008:

_____
U.S.D.J.