UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>Defendant.<br>CONTINENTAL CASUALTY COMPANY<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AUI INSURANCE COMPANY, et al.<br><br>Third-Party Defendants. | Docket No. 08-cv-3532 (NRB)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/15/08 |

STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Third-Party Plaintiff Continental Casualty Company and for Third-Party Defendant Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate") that Third-Party Defendant Allstate's time to answer or otherwise respond to the third-party complaint in this action is extended to and including August 1, 2008.

Dated: July 10, 2008
New York, New York

| | |
|---|---|
| FORD MARRIN ESPOSITO<br>WHITMEYER & GLESSER, L.L.P. | CUYLER BURK, P.C. |
| By: /s/ Alfred L. D'Isernia<br>Alfred L. D'Isernia (AD9700)<br>Wall Street Plaza<br>New York, NY 10005-1875<br>(212) 269-4900 | By: /s/ Stefano Calogero<br>Stefano Calogero (SC6117)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(212) 752-6252 |
| Attorney for Third Party Plaintiff<br>Continental Casualty Company | Attorney for Third-Party Defendant<br>Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company |

SO ORDERED:

_____
The Honorable Naomi R. Buchwald, U.S.D.J.

7/14/08

2