UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGERSOLL-RAND COMPANY

            Plaintiff

                                          08 CV 3532 (NRB)

    v.

CNA INSURANCE COMPANY, AS
SUCESSOR TO CONTINENTAL  CASUALTY
COMPANY,
            Defendant

CONTINENTAL CASUALTY COMPANY

            Third Party Plaintiff

    v.

AIU INSURANCE COMPANY; ALLIANZ
UNDERWRITERS, INC., ALLSTATE
INSURANCE COMPANY, AS SUCCESSOR
TO NORTHBROOK INSURANCE COMPANY;
AMERICAN CENTENNIAL INSURANCE
COMPANY; AMERICAN EMPIRE SURPLUS
LINES INSURANCE COMPANY; AMERICAN
HOME ASSURANCE COMPANY; AXA
BELGUIM SA, AS SUCCESSOR TO ROYAL
BELGE; BIRMINGHAM FIRE INSURANCE
COMPANY OF PENNSYLVANIA, n/k/a AIG
CASUALTY COMPANY; CENTURY INDEMNITY
COMPANY, AS SUCCESSOR TO CALIFORNIA
UNION INSURANCE COMPANY; THE CENTRAL
NATIONAL INSURANCE COMPANY OF OMAHA;
EMPLOYER'S INSURANCE OF WASSAU;
EVEREST REINSURANCE COMPANY, AS
SUCCESSOR TO PRUDENTIAL REINSURANCE
COMPANY; FEDERAL INSURANCE COMPANY;
FIREMAN'S FUND INSURANCE COMPANY;
FIRST STATE INSURANCE COMPANY;
FREMONT INDEMNITY COMPANY, f/k/a
INDUSTRIAL INDEMNITY COMPANY;

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/08

GENERAL REINSURANCE CORPORATION;
GRANITE STATE INSURANCE COMPANY;
HARTFORD ACCIDENT & INDEMNITY
COMPANY; INSURANCE COMPANY OF
NORTH AMERICA; INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA; the
Commissioner of Banking and Insurance of the
State of New Jersey, as Liquidator of
INTEGRITY INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY,
AS SUCCESSOR TO INTERNATIONAL
INSURANCE COMPANY, INDIVIDUALLY
AND AS SUCCESSOR TO INTERNATIONAL
SURPLUS LINES INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY;
MT. MCKINLEY INSURANCE COMPANY,
f/k/a GIBRALTER CASUALTY COMPANY;
NATIONAL FIRE & MARINE INSURANCE
COMPANY; NATIONAL UNION FIRE
COMPANY OF PITTSBURGH, PA; NORTH
STAR REINSURANCE CORPORATION;
ONEBEACON AMERICA INSURANCE
COMPANY, AS SUCCESSOR TO
COMMERCIAL UNION INSURANCE
COMPANY; Albert A. Riederer, Deputy
Liquidator of TRANSIT CASUALTY
COMPANY; TWIN CITY FIRE INSURANCE
COMPANY; UNDERWRITERS AT LLOYD'S,
LONDON; The Insurance Commissioner of
the State of California, as Liquidator of
WESTERN EMPLOYERS INSURANCE
COMPANY

Third Party Defendants

**IT IS HEREBY STIPULATED AND AGREED** by and between FORD MARRIN
ESPOSITO WITMEYER & GLESER, LLP, attorneys for defendant/third party plaintiff
Continental Casualty Company and GIBBONS P.C., attorneys for third party defendant Allianz
Underwriters, Inc., that the time within which said third party defendant may answer or

otherwise respond to the Third Party Complaint is hereby extended up to and including **July 25, 2008**.

**FORD MARRIN ESPOSITO**
**WITMEYER & GLESER, LLP**
Wall Street Plaza, 23rd Floor
New York, New York 10005
(212) 269-4900

**GIBBONS P.C.,**

One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

By: _Alfred L. D'Isernia_
　　Alfred L. D'Isernia
　　(AD 9700)

By: _____
　　Robert D. Brown Jr.
　　(RB 9199)

Dated:　July 7, 2008

SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.

　　　7/14/08

#1322187 v1
101982-63538