ORIGINAL

ROPES & GRAY LLP
Adam I. Stein
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Attorneys for Third-Party Defendant
Liberty Mutual Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| -against- | )<br>) |
| | ) 08 Civ. 03532 (NRB) |
| CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, | )<br>)<br>) |
| | ) **NOTICE OF MOTION FOR** |
| Defendant. | ) **ADMISSION PRO HAC VICE** |
| | ) |
| CONTINENTAL CASUALTY COMPANY | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| -against- | )<br>) |
| AIU INSURANCE COMPANY, et al., | )<br>) |
| Third-Party Defendants. | )<br>) |

    Upon the annexed declaration of Adam Stein, executed on July 11, 2008, Liberty Mutual Insurance Company moves, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Matthew M. Burke and Gabrielle Viator, who are members in good standing of the bar of the Commonwealth of Massachusetts, and who are a partner and an associate of Ropes & Gray LLP,

11193153_1.DOC

be admitted <u>pro</u> <u>hac</u> <u>vice</u> for all purposes on behalf of Liberty Mutual Insurance Company in this action.

Dated: July 11, 2008

                                          ROPES & GRAY LLP

                                          By: _____
                                              Adam I. Stein
                                        1211 Avenue of the Americas
                                        New York, NY 10036-8704
                                        Telephone: (212) 596-9000

ROPES & GRAY LLP
Adam I. Stein
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Attorneys for Third-Party Defendant
Liberty Mutual Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | 08 Civ. 03532 (NRB) <br><br> **DECLARATION OF ADAM STEIN** |
| CONTINENTAL CASUALTY COMPANY <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> AIU INSURANCE COMPANY, et al., <br><br> Third-Party Defendants. | |

Adam Stein declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a member of Ropes & Gray LLP. I make this declaration in support of the motion by Liberty Mutual Insurance Company, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Matthew M. Burke

11192829_1.DOC

and Gabrielle Viator be admitted pro hac vice for all purposes on behalf of Liberty Mutual Insurance Company in this action.

2.  Matthew M. Burke and Gabrielle Viator, who are a partner and an associate of Ropes & Gray LLP, are fully familiar with this action.

3.  Matthew M. Burke and Gabrielle Viator are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

4.  I respectfully request that Liberty Mutual Insurance Company's motion be granted in all respects. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 11, 2008.

_____
Adam I. Stein

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

**Matthew M. Burke**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **July** in the year of our Lord **two thousand and eight.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **first** day of **December** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

## Gabrielle Viator

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>    Plaintiff,<br><br> -against-<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant.<br><br>CONTINENTAL CASUALTY COMPANY<br><br>    Third-Party Plaintiff,<br><br> -against-<br><br>AIU INSURANCE COMPANY, et al.,<br><br>    Third-Party Defendants. | 08 Civ. 03532 (NRB)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

  Upon the motion of third-party defendant Liberty Mutual Insurance Company pursuant to Rule 1.3(c) of the Local Rules of this Court, for an order admitting Matthew M. Burke and Gabrielle Viator pro hac vice for all purposes on behalf of Liberty Mutual Insurance Company in this action, and for good cause shown, it is hereby

  ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
   July ___, 2008

                       _____
                           United States District Judge

11193355_1.DOC

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK   )

PAUL G. LANG, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside at 2 Dialstone Lane, Riverside, CT.

2. On July 11, 2008, I served the within Notice of Motion for Admission Pro Hac Vice upon the attorneys listed on the attached service list by depositing true copies thereof, enclosed in properly addressed postage paid sealed envelopes, into an official depository maintained by the United States Postal Service in the State of New York.

_____
Paul G. Lang

Sworn to before me on
July 11, 2008

_____
Notary Public

CHARLES R. BRUSTMAN
Notary Public, State of New York
No. 01BR4799113
Certified in Nassau County
Commission Expires June 21, 2011

SERVICE LIST

Michael John Balch
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
New York, NY 10036

Melissa F. Brill
Cozen O'Connor
45 Broadway Atrium
16th Floor
New York, NY 10006

Stefano V. Calogero
Cuyler Burk, P.C.
445 Park Avenue, 9th Floor
New York, ny 10022

Alfred L. D'Isernia, III
Ford Marrin Esposito Witmeyer & Gleser
88 Pine St.
New York, NY 10005-1875

Sherilyn Pastor
McCarter & English, L.L.P.
SP4839
Suite 2247
New York, NY 10048-0263

Kevin Gerard Snover
Kevin G. Snover, Esq
816 Deer Park Avenue
North Babylon, NY 11703