UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGERSOLL-RAND COMPANY, )
)
    Plaintiff, )
)
-against- )
)
CNA INSURANCE COMPANY, AS ) 08 Civ. 03532 (NRB)
SUCCESSOR TO CONTINENTAL )
CASUALTY COMPANY, )
)
    Defendant. )
) **ORDER GRANTING MOTION FOR**
_____ ) **ADMISSION PRO HAC VICE**
)
CONTINENTAL CASUALTY )
COMPANY )
)
    Third-Party Plaintiff, )
)
-against- )
)
AIU INSURANCE COMPANY, et al., )
)
    Third-Party Defendants. )
)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/8

    Upon the motion of third-party defendant Liberty Mutual Insurance Company pursuant to Rule 1.3(c) of the Local Rules of this Court, for an order admitting Matthew M. Burke and Gabrielle Viator <u>pro hac vice</u> for all purposes on behalf of Liberty Mutual Insurance Company in this action, and for good cause shown, it is hereby

    ORDERED that the motion is GRANTED in all respects *upon payment of the required fee.*

Dated: New York, New York
       July 21, 2008

                                             _____
                                                United States District Judge

11193355_1.DOC