UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>                Plaintiff,<br><br>-against-<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>                Defendant.<br><br>CONTINENTAL CASUALTY COMPANY<br><br>                Third-Party Plaintiff,<br><br>-against-<br><br>AIU INSURANCE COMPANY, et al.,<br><br>                Third-Party Defendants. | 08 Civ. 03532 (NRB)<br><br>The Honorable Naomi R. Buchwald<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

      Please enter my appearance as counsel in this case for Liberty Mutual Insurance Company. I certify that I have been admitted *pro hac vice* for all purposes on behalf of Liberty Mutual Insurance Company in this action by order dated July 21, 2008.

Dated: Boston, Massachusetts
       July 24, 2008

                                                  */s/ Matthew M. Burke*
                                                  Matthew M. Burke
                                                  Ropes & Gray LLP
                                                  One International Place
                                                  Boston, MA 02110-2624
                                                  Telephone: (617) 951-7000

                                                  Attorney for Third-Party Defendant
                                                  Liberty Mutual Insurance Company

11226333_1.DOC