UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
INGERSOLL-RAND COMPANY,

                Plaintiff,      **Docket No. 08 Civ 3532 (NRB)**

   v.

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

                Defendant.
------------------------------------x
------------------------------------x
CONTINENTAL CASUALTY COMPANY,

                Third Party Plaintiff

   v.

AIU INSURANCE COMPANY; ALLIANZ UNDERWRITERS
INC.; ALLSTATE INSURANCE COMPANY AS SUCCESSOR
TO NORTHBROOK INSURANCE COMPANY; NATIONAL
FIRE & MARINE INSURANCE COMPANY; ONEBEACON
AMERICA INSURANCE COMPANY; THE REPUBLIC INSURANCE
COMPANY, et al.,

                Third Party Defendants.
------------------------------------x

        DISCLOSURE STATEMENT OF THIRD PARTY DEFENDANT
            ONEBEACON AMERICA INSURANCE COMPANY

     In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states as follows:

     The OneBeacon America Insurance Company ("OneBeacon") is incorporated in Pennsylvania, with its principle place of business at One Beacon Lane, Canton, Massachusetts, 02021. OneBeacon is an indirect wholly owned subsidiary of OneBeacon Insurance Group, Ltd.,

approximately 28% of the stock of which is traded on the New York Stock Exchange. Approximately 72% of the stock of OneBeacon Insurance Group, Ltd. is indirectly owned by White Mountains Insurance Group, Ltd., a publicly held company whose stock is also traded on the New York Stock Exchange. There is no other publicly held entity in the Company's affiliated group.

Dated this 24th day of July, 2008.

By:

KEVIN G. SNOVER, ESQ. [0963]

Attorney for Third Party Defendant
OneBeacon America Insurance Company
816 Deer Park Avenue
North Babylon, NY 11703
(631) 422-2900