Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

    Plaintiff,

v.

CNA INSURANCE COMPANY, AS
SUCCESSOR TO CONTINENTAL
CASUALTY COMPANY,

    Defendant.

---

CONTINENTAL CASUALTY COMPANY,

    Third-Party Plaintiff,

vs.

AIU INSURANCE COMPANY et al.,

    Third-Party Defendants.

---

Case No. 08-CV-3532 (NRB) (THK)

CONSENT ORDER EXTENDING TIME TO
ANSWER, MOVE OR OTHERWISE
RESPOND TO DEFENDANT'S THIRD-
PARTY COMPLAINT

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

THIS MATTER having been brought before the Court by McCarter & English, LLP, attorneys for plaintiff Ingersoll-Rand Company -- as indemnitor of third-party defendants American Centennial Insurance Company, California Union Insurance Company, Central National Insurance Company of Omaha, Century Indemnity Company and Insurance Company of North America ("Indemnified Insurers") -- for an extension of time to answer, move or otherwise respond to defendant's Third-Party Complaint; and defendant and the Indemnified Insurers having agreed to the form and entry of this Consent Order; and for good cause shown;

  It is on this 24th day of July, 2008;

ME1 7515563v.1

ORDERED that the Indemnified Insurers' time to answer, move or otherwise respond to defendant's Third-Party Complaint be and hereby is extended through and including August 11, 2008.

IT IS FURTHER ORDERED that McCarter & English, LLP shall serve a copy of this Consent Order upon all counsel of record within seven (7) days of receipt.

_____
Naomi Reice Buchwald, U.S.D.J.

We hereby consent to the form and entry of this Consent Order:

_____
Anthony J. Bartell, Esq.
McCarter & English, L.L.P
100 Mulberry Street
Newark, NJ 07102
Attorneys for Plaintiff
Ingersoll-Rand Company

Dated: July 23, 2008

Edward M. Pinter/AJB
Edward M. Pinter, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza
New York, NY 10005-1875
Attorneys for Defendant and Third-Party Plaintiff
CNA Insurance Co. (a/k/a and successor to Continental Casualty Company)

Dated: July 22, 2008

ME1 7515563v.1