UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>    Plaintiff,<br><br> -against-<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant.<br>_____<br><br>CONTINENTAL CASUALTY COMPANY<br><br>    Third-Party Plaintiff,<br><br> -against-<br><br>AIU INSURANCE COMPANY, et al.,<br><br>    Third-Party Defendants. | 08 Civ. 03532 (NRB)<br><br>The Honorable Naomi R. Buchwald<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

 Please enter my appearance as counsel in this case for Liberty Mutual Insurance Company. I certify that I have been admitted *pro hac vice* for all purposes on behalf of Liberty Mutual Insurance Company in this action by order dated July 21, 2008.

Dated: Boston, Massachusetts
   July 24, 2008

                 */s/ Gabrielle Viator*
                 Gabrielle Viator
                 Ropes & Gray LLP
                 One International Place
                 Boston, MA 02110-2624
                 Telephone: (617) 951-7000

                 Attorney for Third-Party Defendant
                 Liberty Mutual Insurance Company

11226333_2.DOC