UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

                                                         08-CV-3532 (NRB)

                Plaintiff,

     v.

CNA INSURANCE COMPANY, AS SUCCESSOR TO
CONTINENTAL CASUALTY COMPANY,

                Defendant.
-------------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY

                Third-Party Plaintiff,          **ENTRY OF APPEARANCE**

     v.

AIU INSURANCE COMPANY et al.,

                Third-Party Defendants.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Jerry A. Cuomo, Esq. of Landman Corsi Ballaine & Ford

P.C. hereby appears in this action as counsel for third-party defendant American Empire Surplus

Lines Insurance Company. All counsel are requested to serve Landman Corsi Ballaine & Ford P.C.

with all future pleadings, correspondence and notices.

                                  LANDMAN CORSI BALLAINE & FORD P.C.
                                  One Gateway Center, 4th Floor
                                  Newark, NJ 07102-5310
                                  (973) 623-2700
                                  Attorneys for Third-Party Defendant American
                                  Empire Surplus Lines Insurance Company

By:    _____
        Jerry A. Cuomo (JC-4253)
        jcuomo@lcbf.com