**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INGERSOLL-RAND COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant.<br>CONTINENTAL CASUALTY COMPANY<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>AUI INSURANCE COMPANY, et al.<br><br>    Third-Party Defendants. | Docket No. 08-Civ.-3532 (NRB) |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Third-Party Defendant, Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, by its attorneys, Cuyler Burk, P.C., states as follows:

  1. Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate"), is a non-governmental corporate party to this action.

2

2.   Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Dated: August 1, 2008

*Stefano Calogero*
Stefano Calogero, Esq. (0611)
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, New Jersey 07054
Telephone: (973) 734-3200
Facsimile: (973) 734-3201

Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company