**LSK&D #: 999-9999/** 1055398
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

INGERSOLL-RAND COMPANY,                          STIPULATION

                           Plaintiff,            Case Number:
                                                 08 Civ. 3532 (NRB)

            v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL CASUALTY COMPANY,

                           Defendant.
--------------------------------------------------------------x
CONTINENTAL CASUALTY COMPANY,

                     Third-Party Plaintiff,

            v.

AIU INSURANCE COMPANY; ALLIANZ
UNDERWRITERS, INC; ALLSTATE
INSURANCE COMPANY, AS SUCCESSOR
TO NORTHBROOK INSURANCE COMPANY;
AMERICAN CENTENNIAL INSURANCE
COMPANY; AMERICAN EMPIRE SURPLUS
LINES INSURANCE COMPANY; AMERICAN
HOME ASSURANCE COMPANY; AXA BELGIUM
SA, AS SUCCESSOR TO ROYAL BELGE;
BIRMINGHAM FIRE INSURANCE COMPANY
OF PENNSYLVANIA, n/k/a AIG CASUALTY
COMPANY; CENTURY INDEMNITY COMPANY,
AS SUCCESSOR TO CALIFORNIA UNION
INSURANCE COMPANY; THE CENTRAL
NATIONAL INSURANCE COMPANY OF
OMAHA; EMPLOYER'S INSURANCE OF
WAUSAU; EVEREST REINSURANCE COMPANY;
AS SUCCESSOR TO PRUDENTIAL REINSURANCE
COMPANY; FEDERAL INSURANCE COMPANY;
FIREMAN'S FUND INSURANCE COMPANY;
FIRST STATE INSURANCE COMPANY; FREMONT
INDEMNITY COMPANY, f/k/a INDUSTRIAL
INDEMNITY COMPANY; GENERAL
REINSURANCE CORPORATION; GRANITE
STATE INSURANCE COMPANY; HARTFORD
ACCIDENT & INDEMNITY COMPANY; INSURANCE
COMPANY OF NORTH AMERICA; INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA;

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

THE COMMISSIONER OF BANKING AND INSURANCE
OF THE STATE OF NEW JERSEY, AS LIQUIDATOR
OF INTEGRITY INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY,
AS SUCCESSOR TO INTERNATIONAL INSURANCE
COMPANY, INDIVIDUALLY AND AS SUCCESSOR
TO INTERNATIONAL SURPLUS LINES INSURANCE
COMPANY; LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL INSURANCE COMPANY;
MT. MCKINLEY INSURANCE COMPANY,
f/k/a GIBRALTAR CASUALTY COMPANY;
NATIONAL FIRE & MARINE INSURANCE COMPANY;
NATIONAL UNION FIRE COMPANY OF PITTSBURGH,
PA; NORTH STAR REINSURANCE CORPORATION;
ONEBEACON AMERICA INSURANCE COMPANY,
AS SUCCESSOR TO COMMERCIAL UNION
INSURANCE COMPANY; THE REPUBLIC INSURANCE
COMPANY; ALBERT A. RIEDERER, DEPUTY LIQUIDATOR
OF TRANSIT CASUALTY COMPANY; TWIN CITY FIRE
INSURANCE COMPANY; UNDERWRITERS AT
LLOYD'S, LONDON; THE INSURANCE COMMISSIONER
OF THE STATE OF CALIFORNIA, AS LIQUIDATOR
OF WESTERN EMPLOYERS INSURANCE COMPANY.

                        Third-Party Defendants.
----------------------------------------------------------------------------------------X

**IT IS HEREBY AGREED BY AND BETWEEN** the undersigned attorneys

that third-party defendant Interstate Fire & Casualty Company as successor to

International Insurance Company's time to answer, move or appear with respect

to the third-party complaint is hereby extended thirty (30) days to September 2,

2008 on consent of all parties.

Alfred L. D'Isernia, Esq. (AD9700)            Ellen M. Spindler, Esq. (ES-4839)
Ford, Marrin, Esposito,                       Lester Schwab Katz & Dwyer, LLP
Wilmeyer & Gleser, LLP                        Attorneys for Third-Party Defendant
Attorneys for Third-Party Plaintiff           Interstate Fire & Casualty Company
Continental Casualty Company                  120 Broadway, 38th Floor
100 Mulberry Street                           New York, New York 10271
Newark, NJ 07102

Dated:  July 31, 2008

New York, New York

**SO ORDERED**

8/4/08