UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

             Plaintiff,

v.

CNA INSURANCE COMPANY, AS SUCCESSOR TO
CONTINENTAL CASUALTY COMPANY,

             Defendant.
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY

             Third-Party Plaintiff,

v.

AIU INSURANCE COMPANY et al.,

             Third-Party Defendants.
------------------------------------------------------------X

**STIPULATION AND ORDER**

08-CV-3532 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for third-party defendant American Empire Surplus Lines Insurance Company to answer or otherwise respond to third-party plaintiff Continental Casualty Company's third-party complaint is extended to Friday, August 8, 2008.

Ford Marrin Esposito Witmeyer & Gleser, L.L.P
Wall Street Plaza
23rd Floor
New York, New York 10005-1875
(212) 269-4900
Attorneys for Defendant/Third-Party Plaintiff
Continental Casualty Company

By: _____
    Alfred J. D'Isernia III, Esq.

Dated: 7/31/08

LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, 4th Fl.
Newark, NJ 07102
(973) 623-2700
Attorneys for Third-Party Defendant American
Empire Surplus Lines Insurance Company

By: _____
    Jerry A. Cuomo, Esq.

Dated: 7/31/08

440229 | Docs NJ

SO ORDERED:

*[signature]*

HON. NAOMI R. BUCHWALD, U.S.D.J.

8/4/08