# MEMO ENDORSED

| | | |
|---|---|---|
| JAMES M. ADRIAN<br>MICHAEL L. ANANIA<br>DAVID A. BEXE<br>CHARLES A. BOOTH<br>CUSHING O. CONDON<br>JOSEPH D'AMBROSIO<br>ELIZABETH M. DeCRISTOFARO<br>THOMAS R. ESPOSITO<br>WILLIAM P. FORD<br>STUART C. LEVENE<br>EDWARD M. PINTER<br>MICHAEL J. TRICARICO<br>JOHN J. WITMEYER III<br><br>RICHARD B. MARRIN<br>OF COUNSEL<br><br>ALFRED L. D'ISERNIA<br>COUNSEL<br><br>VICTOR G. GLESER<br>(1979-1992) | FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>WALL STREET PLAZA<br>NEW YORK, N.Y. 10005-1875<br>212-269-4900<br>TELECOPIER 212-344-4294 | RICHARD J. AHN<br>REBECCA S. AUERBACH<br>ROBERT G. BECK<br>PATRICK J. BERNAL<br>MATTHEW C. FERLAZZO<br>SETH B. GOLDBERG<br>JON R. GRABOWSKI<br>LINDSAY S. HAMILTON<br>NICHOLE M. HINMAN<br>ANDREW I. MANDELBAUM<br>JOHN C. MARLER<br>MATTHEW C. McCANN<br>ANTHONY PRESTA<br>SHAYNE W. SPENCER<br>DOUGLAS J. STEINKE<br>ADRIAN M. SZENDEL<br>DANIEL E. VINISH<br><br>548 VALLEY ROAD<br>UPPER MONTCLAIR, N.J. 07043<br>973-744-3700<br>TELECOPIER 973-509-1565 |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

July 24, 2008

**VIA FACSIMILE (212) 805-7927**
Hon. Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re: *Ingersoll-Rand Co. v. CNA Ins. Co.*
Civil Action No.: 08 Civ. 3532 (NRB)

Your Honor:

    We represent defendant/third-party plaintiff, Continental Casualty Company ("Continental") (sued herein as CNA Ins. Co. as successor to Continental) in the above action and jointly write with plaintiff, Ingersoll-Rand Co. ("Ingersoll-Rand") to request a sixty (60) day stay of both the first and third-party actions for the purpose of allowing Ingersoll-Rand and Continental to engage in settlement negotiations. Both Ingersoll-Rand and Continental feel that there is a reasonable chance to resolve this matter prior to expending substantial court resources, and have scheduled an initial settlement meeting to take place on August 21, 2008.

    Thank you for your consideration to this matter.

Respectfully submitted,

*Alfred L. D'Isernia*
Alfred L. D'Isernia

So Ordered.
[signature]
8/4/08

cc: All Counsel (via-email)

168280.1