IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

    Plaintiff

    v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,

    Defendant
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

    Third-Party Plaintiff,

    v.

AIU INSURANCE COMPANY, et al.,

    Third-Party Defendants.
------------------------------------------------------------X

CIV. NO.: 08 CV 3532 NRB

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```

### ORDER

The Court, having considered the Motion for *Pro Hac Vice* Admission of Michael J. Smith, Esquire, is of the opinion that said Motion should be granted, and accordingly ORDER that Michael J. Smith, Esquire be admitted *Pro Hac Vice* for the limited purpose of serving as co-counsel for defendants Mt. McKinley Insurance Company and Everest Reinsurance Company, at the trial of this case and in any associated activity which may take place before the Court in connection with the above-referenced case *upon payment of the required fee*.

SIGNED this 4th day of August, 2008.

/s/ Naomi Reice Buchwald
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE