UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

INGERSOLL-RAND COMPANY,

          Plaintiff,

v.

CNA INSURANCE COMPANY, AS SUCCESSOR TO
CONTINENTAL CASUALTY COMPANY,

          Defendant.
———————————————————————X

CONTINENTAL CASUALTY COMPANY,

          Third-Party Plaintiff,

v.

AIU INSURANCE COMPANY; ALLIANZ
UNDERWRITERS, INC; ALLSTATE INSURANCE
COMPANY, AS SUCCESSOR TO NORTHBROOK
INSURANCE COMPANY; AMERICAN CENTENNIAL
INSURANCE COMPANY; AMERICAN EMPIRE
SURPLUS LINES INSURANCE COMPANY;
AMERICAN HOME ASSURANCE COMPANY; AXA
BELGIUM SA, AS SUCCESSOR TO ROYAL BELGE;
BIRMINGHAM FIRE INSURANCE COMPANY OF
PENNSYLVANIA, n/k/a AIG CASUALTY COMPANY;
CENTURY INDEMNITY COMPANY, AS SUCCESSOR
TO CALIFORNIA UNION INSURANCE COMPANY;
THE CENTRAL NATIONAL INSURANCE COMPANY
OF OMAHA; EMPLOYER'S INSURANCE OF
WAUSAU; EVEREST REINSURANCE COMPANY, AS
SUCCESSOR TO PRUDENTIAL REINSURANCE
COMPANY; FEDERAL INSURANCE COMPANY;
FIREMAN'S FUND INSURANCE COMPANY; FIRST
STATE INSURANCE COMPANY; FREMONT
INDEMNITY COMPANY, f/k/a INDUSTRIAL
INDEMNITY COMPANY; GENERAL REINSURANCE
CORPORATION; GRANITE STATE INSURANCE
COMPANY; HARTFORD ACCIDENT & INDEMNITY
COMPANY; INSURANCE COMPANY OF NORTH
AMERICA; INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA; the Commissioner of Banking
and Insurance of the State of New Jersey, as
Liquidator of INTEGRITY INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY, AS

STIPULATION
EXTENDING TIME
TO ANSWER

Case No.:
08-CV-3532 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

SUCCESSOR TO INTERNATIONAL INSURANCE COMPANY, INDIVIDUALLY AND AS SUCCESSOR TO INTERNATIONAL SURPLUS LINES INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; MT. MCKINLEY INSURANCE COMPANY, f/k/a GIBRALTAR CASUALTY COMPANY; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA; NORTH STAR REINSURANCE CORPORATION; ONEBEACON AMERICA INSURANCE COMPANY, AS SUCCESSOR TO COMMERCIAL UNION INSURANCE COMPANY; THE REPUBLIC INSURANCE COMPANY; Albert A. Riederer, Deputy Liquidator: of TRANSIT CASUALTY COMPANY; TWIN CITY FIRE INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S, LONDON; The Insurance Commissioner of the State of California, as Liquidator of WESTERN EMPLOYERS INSURANCE COMPANY,

    Third-Party Defendants.
------------------------------------X

IT IS HEREBY STIPULATED, that the time for the Third-Party Defendants AMERICAN INTERNATIONAL UNDERWRITERS (s/h/a AIU Insurance Company), AMERICAN HOME ASSURANCE COMPANY, BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA, n/k/a AIG CASUALTY COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, LEXINGTON INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (collectively, the "AIG MEMBER COMPANIES") to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Summons or to the Third-Party Complaint in this action, be and the same hereby is extended to and including the 5th of August, 2008.

Dated:   New York, New York
         July 29, 2008

BY: ALFRED L. D'ISERNIA, III, ESQ.

FORD, MARRIN, ESPOSITO, WITMEYER &
GLESER, LLP
Attorneys for Third-Party Plaintiff
CONTINENTAL CASUALTY COMPANY
88 Pine Street
Wall Street Plaza, 23rd Floor
New York, New York 10005
(212) 269-4900

BY: JOSEPH E. KELLY, JR., ESQ.

BIVONA & COHEN, P.C.
Attorneys for Third-Party Defendants
AIG MEMBER COMPANIES
88 Pine Street
Wall Street Plaza
New York, New York 10005-1886
(212) 363-3100

SO ORDERED: August 5, 2008

Naomi Reice Buchwald, USDJ