Patrick J. Feeley (PF 4931)
Charisa S. Tak (CT 8758)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200

*Attorneys for Third-Party Defendant*
*Employers Insurance of Wausau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
INGERSOLL-RAND COMPANY                           :
                                                 :
                    Plaintiff,                   :      Civil Action No.:
                                                 :      08 Civ. 3532 (NRB)
        v.                                       :
                                                 :      ECF CASE
CNA INSURANCE COMPANY, AS                        :
SUCCESSOR TO CONTINENTAL                         :
CASUALTY COMPANY,                                :
                                                 :
                    Defendant.                   :
                                                 :
---------------------------------------------------------------------X
---------------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY                     :
                                                 :      Civil Action No.:
                    Third-Party Plaintiff,       :
                                                 :      **NOTICE OF APPEARANCE**
        v.                                       :
                                                 :
AIU INSURANCE COMPANY, ET AL.,                   :
                                                 :
                    Third-Party Defendants.      :
---------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Third-Party Defendant Employers Insurance of Wausau and requests that copies of all papers in this action be served upon him at the office and address set forth below.

-2-

Dated: August 12, 2008
       New York, New York

DORSEY & WHITNEY LLP

By: /s/ Patrick J. Feeley
    Patrick J. Feeley (PF 4931)

250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
feeley.patrick@dorsey.com

Attorneys for Third-Party Defendant
Employers Insurance of Wausau