Patrick J. Feeley (PF 4931)
Charisa S. Tak (CT 8758)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200

*Attorneys for Third-Party Defendant*
*Employers Insurance of Wausau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| INGERSOLL-RAND COMPANY<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CNA INSURANCE COMPANY, AS SUCCESSOR TO CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　　　Defendant.<br>-----------------------------------------------X<br>-----------------------------------------------X<br>CONTINENTAL CASUALTY COMPANY<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>AIU INSURANCE COMPANY, ET AL.,<br><br>　　　　　　　Third-Party Defendants.<br>-----------------------------------------------X | Civil Action No.:<br>08 Civ. 3532 (NRB)<br><br>ECF CASE<br><br><br><br><br><br><br><br><br>Civil Action No.:<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Third-Party Defendant Employers Insurance of Wausau and requests that copies of all papers in this action be served upon her at the office and address set forth below.

-2-

| | |
|---|---|
| Dated: August 12, 2008<br>New York, New York | DORSEY & WHITNEY LLP<br><br>By: /s/ Charisa S. Tak<br>       Charisa S. Tak (CT 8758)<br><br>250 Park Avenue<br>New York, New York 10177<br>Telephone: (212) 415-9200<br>Facsimile: (212) 953-7201<br>tak.charisa@dorsey.com<br><br>Attorneys for Third-Party Defendant<br>Employers Insurance of Wausau |