IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INGERSOLL-RAND COMPANY,

        Plaintiff

        v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,

        Defendant
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

        Third-Party Plaintiff,

        v.

AIU INSURANCE COMPANY, et al.,

        Third-Party Defendants.
------------------------------------------------------------X

CIV. NO.: 08 CV 3532 NRB

### NOTICE OF MOTION FOR
### ADMISSION OF COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed Motion for Admission of Samantha Evans, Esquire *Pro Hac Vice* and the Affidavit of Samantha Evans, Esquire dated August 15, 2008, together with attachments submitted therewith, Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company), by and through their undersigned counsel, will move this Court for an Order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the Untied States District Courts for the Southern District of New York admitting Samantha Evans to the bar of this Court *Pro Hac Vice* in order to represent Mt. McKinley Insurance Company and Everest Reinsurance Company in the above -captioned case.

COZEN O'CONNOR

BY: _____
MELISSA BRILL (4374)
45 Broadway
New York, NY  10006
Attorneys for Third-Party Defendants
Mt. McKinley Insurance Company and
Everest Reinsurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
INGERSOLL-RAND COMPANY,
      Plaintiff

    v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,
      Defendant
-----------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

      Third-Party Plaintiff,
    v.
AIU INSURANCE COMPANY, et al.,

      Third-Party Defendants.
-----------------------------------------------------------X

**CIV. NO.: 08 CV 3532 NRB**

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

MELISSA BRILL, an Attorney at Law admitted to practice in the state and federal courts in New York, and in good standing therein, upon the annexed Affidavits of Samantha Evans sworn to the 15th of August, 2008, the Affirmation of Melissa Brill, Esquire sworn to the 22nd of August, 2008, and all proceedings heretofore had herein, moves the Court to admit Samantha Evans, Esquire, a member in good standing of the Bar of the Commonwealth of Pennsylvania, to appear and act as counsel for defendants, Mt. McKinley Insurance Company and Everest Reinsurance Company, in the above-captioned case *Pro Hac Vice* pursuant to the General Rules of the United States District Court for the Southern District of New York, and for such other and further relief as this Court deems just and equitable and in furtherance of the ends of justice.

Respectfully submitted,

COZEN O'CONNOR

BY: _____
MELISSA BRILL (4374)
45 Broadway
New York, NY  10006
Attorneys for Defendant
Mt. McKinley Insurance Company and
Everest Reinsurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
INGERSOLL-RAND COMPANY,
        Plaintiff

                                **CIV. NO.: 08 CV 3532 NRB**

v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,
        Defendant
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

        Third-Party Plaintiff,

v.

AIU INSURANCE COMPANY, et al.,

        Third-Party Defendants.
------------------------------------------------------------X

## **AFFIRMATION**

Melissa Brill, Esquire, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the State of New York, and a member of the law firm of Cozen O'Connor, attorneys for defendants, Mt. McKinley Insurance Company and Everest Reinsurance Company in the above-entitled action.

2. I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the defendant's Motion to have Samantha Evans, Esquire admitted as co-counsel, *Pro Hac Vice*, with respect to the above-entitled action.

3. The affiant has been acting as counsel for Mt. McKinley Insurance Company and Everest Reinsurance Company in this matter, and respectfully requests that the Court allow Samantha Evans, Esquire to be admitted *Pro Hac Vice* for purposes of serving as co-counsel for Mt. McKinley Insurance Company and Everest Reinsurance Company.

4. Granting this Motion will not delay this matter in any manner. The purpose of this Motion is to allow Samantha Evans, Esquire to assist in the defense of this matter so that it can be concluded as expeditiously as possible.

5. The affiant respectfully submits to the Court that Samantha Evans, Esquire is not only an excellent attorney, but is also of unimpeachable character and would do justice to both his client and the Bar. The Court is respectfully referred to the attached Affidavit regarding Samantha Evans, Esquire's qualifications with the respect to the subject claims.

6. The affiant respectfully requests that Samantha Evans, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as co-counsel with respect to the subject claims.

Wherefore, Melissa Brill, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Samantha Evans, Esquire to the United States District Court for the Southern District of New York to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

DATED:    New York, New York
          August 22, 2008

                                                    _____
                                                    Melissa Brill (MB 4374)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
INGERSOLL-RAND COMPANY,
   Plaintiff

             CIV. NO.: 08 CV 3532 NRB

 v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,
   Defendant
---------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

   Third-Party Plaintiff,
 v.
AIU INSURANCE COMPANY, et al.,

   Third-Party Defendants.
---------------------------------------------------------------X

## AFFIDAVIT

I, Samantha Evans being duly sworn according to law, depose and say, that:

1. I am a resident of Pennsylvania and have been a practicing attorney in the Commonwealth of Pennsylvania since 2006. I am a member of the law firm of Cozen O'Connor, which maintains an office at 45 Broadway Atrium, New York, New York 10006. I make this affidavit in support of my application for admission *Pro Hac Vice* on behalf of defendants, Mt. McKinley Insurance Company and Everest Reinsurance Company, in the captioned matter.

2. I am a member in good standing of the State Bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law by the Commonwealth of Pennsylvania. A copy of my Certificate of Good Standing for the Supreme Court of Pennsylvania is annexed hereto and marked as Exhibit "A".

3. I am also a member in good standing of the Bar of the State of New Jersey and am duly licensed and admitted to practice law by the State of New Jersey. A copy of my

Certificate of Good Standing for the Supreme Court of New Jersey is annexed hereto and marked as Exhibit "B".

4. No disciplinary proceedings or criminal charges of any kind have ever been instituted against me in the Commonwealth of Pennsylvania, the State of New Jersey or in any other state.

5. If the Court, in its discretion, allows my Motion to Appear *Pro Hac Vice* in the above-captioned matter, with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the order and amenable to a disciplinary action and the civil jurisdiction of this Court and the Southern District of New York in all respects as if I were a regularly admitted and licensed member of the United States District Court in good standing.

6. I am associated and have personally appearing with me in these proceedings, Melissa Brill, Esquire an attorney who is duly and legally admitted to practice in the State of New York, and upon whom service may be had in all matters connected with the above-captioned cause, to any disciplinary matter arising out of same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

7. I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                       _/s/ Samantha Evans_
                                                                                       SAMANTHA EVANS

Sworn to me and subscribed
before me this 15th day
of August, 2008

_/s/ Joanne M. Simon_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
JOANNE M. SIMON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 12, 2012
```

3

## CERTIFICATE OF SERVICE

I, Melissa Brill, Esquire, hereby certify that on August 22, 2008, a true copy of **MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE** by mailing a copy of each by first class mail via United States Postal Service to the following person at the last known address as set forth after each name below:

TO:

| | |
|---|---|
| Edward M. Pinter<br>FORD MARRIN EXPOSITIO WITMEYER<br>& GLESER, L.L.P.<br>Wall Street Plaza<br>New York, NY 10005-1875<br>212.269-4900 | Alfred L. D'Isernia III<br>FORD MARRIN EXPOSITIO WITMEYER &<br>GLESER, L.L.P.<br>88 Pine Street<br>New York, NY 10005-1875<br>212.334.4294 |
| Stefano V. Calogero<br>Cuyler Burk, P.C.<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>212.752.6252 | Anthony Bartell<br>Sherilyn Pastor<br>Steven Howard Weisman<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>973.639.2062 |
| Michael John Balch<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>212.735.3000 | Jacob Charles Cohn<br>Cozen O'Connor<br>1900 Market Place<br>The Atrium<br>Philadelphia, PA 19103<br>215.665.2147 |
| Kevin Gerard Snover<br>816 Deer Park Avenue<br>North Babylon, NY 11703<br>631.422.0987 | Adam I. Stein<br>Ropes & Gray, LLP (NYC)<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212.896.9000 |

_____
Melissa Brill, Esq.

NEWYORK_DOWNTOWN\391413\1 224844.000

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SAMANTHA M EVANS** (No. **018932006**) was constituted and appointed an Attorney at Law of New Jersey on **November 28, 2006** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **28TH** day of **July**, 20 **08**

Clerk of the Supreme Court

-453a-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
INGERSOLL-RAND COMPANY,
        Plaintiff

**CIV. NO.: 08 CV 3532 NRB**

v.

CNA INSURANCE COMPANY, AS SUCCESSOR
TO CONTINENTAL INSURANCE COMPANY,
        Defendant
-----------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

        Third-Party Plaintiff,

v.

AIU INSURANCE COMPANY, et al.,

        Third-Party Defendants.
-----------------------------------------------------------------X

## ORDER

The Court, having considered the Motion for *Pro Hac Vice* Admission of Samantha Evans, Esquire, is of the opinion that said Motion should be granted, and accordingly ORDER that Samantha Evans, Esquire be admitted *Pro Hac Vice* for the limited purpose of serving as co-counsel for defendants Mt. McKinley Insurance Company and Everest Reinsurance Company, at the trial of this case and in any associated activity which may take place before the Court in connection with the above-referenced case.

SIGNED this ____ day of _____, 2008.

 

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE